UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORP., <br>       Plaintiff(s), <br>   v. <br> TIVOLI ASSOCIATES, INC, et al., <br>       Defendant(s). | No. C 09-3383 BZ <br><br> **BRIEFING ORDER** |

    Having received defendant Tivoli Associates, Inc.'s motion to dismiss, **IT IS THEREFORE ORDERED** as follows:

    1. Any opposition to the motion shall be filed by **September 8, 2009.** Any reply shall be filed by **September 16, 2009**.

    2. The motion will be heard on **October 7, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    3. By no later than **August 31, 2009**, each party shall consent to or decline magistrate judge jurisdiction.

///

///

1

1  The form to consent to or decline magistrate judge
2  jurisdiction may be found on the court's website at:
3  http://www.cand.uscourts.gov.
4  Dated: August 17, 2009

                                    _____
                                         Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\CORBIS v. TIVOLI\BRIEFING ORDER.wpd

2