UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORP., <br><br> Plaintiff(s), <br><br> v. <br><br> TIVOLI ASSOCIATES, INC, et al., <br><br> Defendant(s). | No. C 09-3383 BZ <br><br> **SECOND BRIEFING ORDER** |

Having received defendant Tivoli Associates, Inc.'s motion to dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6) , **IT IS HEREBY ORDERED** as follows:

1. Any opposition to the motion shall be filed by **September 23, 2009.** Any reply shall be filed by **October 2, 2009**.

2. The motion will be heard on **November 4, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

///

///

///

1

3.  The motion to dismiss for lack of venue previously scheduled for hearing on October 7, 2009 has been **WITHDRAWN**.

Dated: September 8, 2009

　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\CORBIS v. TIVOLI\SECOND BRIEFING ORDER.wpd