DANIEL C. DECARLO, SB# 160307
E-Mail: decarlo@lbbslaw.com
DANIEL R. LEWIS, SB#260106
E-Mail: drlewis@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants Tivoli Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CORBIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TIVOLI ASSOCIATES, INC., and EXPERTS IN TELECOMMUNICATIONS AND INTEGRATION, INC.,<br><br>Defendants. | CASE NO. CV09-3383 BZ<br><br>**DEFENDANT TIVOLI ASSOCIATES, INC.'S, REQUEST FOR TELEPHONIC COURT APPEARANCE FOR CASE MANAGEMENT CONFERENCE**<br><br>Date: November 16, 2009<br>Time: 4:00 p.m.<br>Place: Department G<br>Action filed: July 23, 2009 |

**TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Attorney for Defendant TIVOLI ASSOCIATES, INC., hereby requests a telephone appearance for a Case Management Conference currently scheduled for November 16, 2009 at 4:00 p.m. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

DATED: October 27, 2009

DANIEL C. DECARLO
DANIEL R. LEWIS
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /S/ Daniel R. Lewis
Daniel R. Lewis, Esq.
Attorneys for Defendant Tivoli Associates, Inc.



DATED: October 28, 2009

```
Counsel shall
contact CourtCall,
telephonic court
appearances at
1-888-882-6878,
and make
arrangements for
the telephonic
conference call.
```

4811-4323-9941.1

2

DEFENDANT TIVOLI ASSOCIATES, INC.'S, REQUEST FOR TELEPHONIC COURT APPEARANCE FOR CASE MANAGEMENT CONFERENCE