UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORP., <br><br> Plaintiff(s), <br><br> v. <br><br> TIVOLI ASSOCIATES, INC, et al., <br><br> Defendant(s). | No. C 09-3383 BZ <br><br> **ORDER RE: PROTECTIVE ORDER** |

Following a case management conference where all parties were represented by counsel, **IT IS HEREBY ORDERED** that the parties stipulate to a protective order by **Friday, November 27, 2009** at **5:00 p.m.  IT IS FURTHER ORDERED THAT** if the parties have not stipulated to a protective order by **November 27, 2009**, the model stipulated protective order, which can be found at http://www.cand.uscourts.gov under the "Forms" link, will be adopted and will govern discovery in this case going forward.

Dated: November 24, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CORBIS v. TIVOLI\ORDER RE PROTECTIVE ORDER.wpd

1