SIMON J. FRANKEL (No. 171552)
LESLIE N. HARVEY (No. 241203)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7052
facsimile: (415) 955-6552
e-mail: sfrankel@cov.com
e-mail: lharvey@cov.com

Attorneys for Plaintiff
CORBIS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORBIS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>TIVOLI ASSOCIATES, INC., and EXPERTS IN TELECOMMUNICATIONS AND INTEGRATION, INC.,<br><br>    Defendants. | CASE NO. CV09-3383 BZ<br><br>**STIPULATION AND [Proposed] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT EXPERTS IN TELECOMMUNICATIONS AND INTEGRATION, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiff Corbis Corporation ("Corbis"), Defendant Experts in Telecommunications and Integration, Inc. ("ETI"), and Defendant Tivoli Associates, Inc. ("Tivoli") hereby stipulate that this action as to Defendant ETI only is hereby dismissed without prejudice, with Corbis and ETI each to bear its own attorneys' fees, expenses, and costs with respect to each other.

DATED: January 27, 2010

SIMON J. FRANKEL
LESLIE N. HARVEY
COVINGTON & BURLING LLP

By: */s/ Simon J. Frankel*
Simon J. Frankel, Esq.
Attorneys for Plaintiff
CORBIS CORPORATION

DATED: January 27, 2010

MICHAEL A. FOX
FOX, SHIEFLO, HARTLEY & BABU LLP

By: */s/ Michael A. Fox*
Michael A. Fox, Esq.
Attorneys for Defendant EXPERTS IN TELECOMMUNICATIONS, INC.

DATED: January 27, 2010

DANIEL C. DECARLO
DANIEL R. LEWIS
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Daniel C. DeCarlo*
Daniel C. DeCarlo, Esq.
Attorneys for Defendant
TIVOLI ASSOCIATES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 28 _____, 2010

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge