UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORBIS CORP.,                    )
                                 )
            Plaintiff(s),        )      No. C 09-3383 BZ
                                 )
     v.                          )      **FIRST DISCOVERY ORDER**
                                 )
TIVOLI ASSOCIATES, INC, et       )
al.,                             )
                                 )
            Defendant(s).        )
_____)

     Following a telephonic conference where all parties were
represented by counsel, **IT IS ORDERED** that defendant is given
leave to file a motion to compel regarding the discovery
dispute discussed in Documents 54, 55, 59, and 61.  Any
opposition **SHALL** be filed by **APRIL 21, 2010**.  Any reply **SHALL**
be filed by **APRIL 23, 2010**.  The Court will schedule a hearing
if necessary.

Dated: 4 April 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CORBIS v. TIVOLI\DISC ORD 1.wpd

1